UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES P. MCGUIRE,<br><br>        Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>        Respondent. | 1:23-cv-00555-ADA-SKO (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Document# 11) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.  On April 24, 2023, petitioner filed an application to proceed in forma pauperis.  In light of the fact that petitioner was authorized to proceed in forma pauperis for this action on April 10, 2023, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **April 26, 2023**               /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE